UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA J. HORNING,

    Plaintiff,   Case No. 14-11723

v.

                                Hon. John Corbett O'Meara
COMMISSIONER OF         Magistrate Judge Anthony P. Patti
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Anthony P. Patti's July 14, 2015 report and recommendation. Plaintiff's objection to the report and recommendation was filed on July 27, 2015. On July 30, 2015 Defendant filed a response to Plaintiff's objection.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Patti reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objection.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

s/John Corbett O'Meara
United States District Judge

Date: August 13, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 13, 2015, using the ECF system.

s/William Barkholz
Case Manager